# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| Case No. | SACR 09-00022-CJC | Date | July 27, 2009 |
|---|---|---|---|

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Debbie Gale | Anne C. Gannon |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Victor Vurpillat, III, akas: Victor Vincent Vurpillat, III, Victor V. Vurpillat, III, Victor V. Vurpillat, Victor Vurpillat | ☐ | X | David Wilingham  Aron Ketchel | X | ☐ | ☐ | None |

**PROCEEDINGS:**      **SENTENCING AND JUDGMENT HEARING**      ☐ Contested      X Non-Evidentiary

Day ____ (if continued from a prior hearing date)

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.      X   Refer to separate Judgment Order.
____ Imprisonment for   Years/months   on each of counts _____
____ Count(s) _____ concurrent/consecutive to count(s) _____
____ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
____ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____
____ years/months Supervised Release/Probation imposed on count(s) _____
consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
____ Perform _____ hours of community service.
____ Serve _____ in a CCC/CTC.
____ Pay $_____ fine amounts & times determined by P/O.
____ Make $_____ restitution in amounts & times determined by P/O.
____ Participate in a program for treatment of narcotic/alcohol addiction.
____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
____ Other conditions: _____
____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
____ Pay $_____ per count, special assessment to the United States for a total of $_____
____ Imprisonment for   months/years   and for a study pursuant to 18 USC _____ with results to be furnished to the Court within   days/months   whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
X Defendant informed of right to appeal.
____ ORDER sentencing transcript for Sentencing Commission.      ____ Processed statement of reasons.
X Bond exonerated         X upon surrender         ____ upon service of _____
X Execution of sentence is stayed until 12 noon,   September 23, 2009   at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____ Issued Remand/Release   # _____
____ Present bond to continue as bond on appeal.         ____ Appeal bond set at   $ _____
____ Filed and distributed judgment. ENTERED.
____ Other _____

: 52

Initials of Deputy Clerk   mu

cc: